McAteer v 40 Park Ave., LLC (2025 NY Slip Op 52000(U))

[*1]

McAteer v 40 Park Ave., LLC

2025 NY Slip Op 52000(U)

Decided on December 15, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 15, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Perez, Alpert, JJ.

571288/25

Ingrid McAteer, Plaintiff-Respondent, 
against
40 Park Avenue, LLC, Defendant-Appellant.

Defendant appeals from a judgment of Small Claims Part of the Civil Court of the City of New York, New York County (Betty Lugo-Martinez, J.), entered on or about June 27, 2025, after trial, in favor of plaintiff in the principal amount of $9,450.50, and dismissed the counterclaim.

Per Curiam.
Judgment (Betty Lugo-Martinez, J.), entered on or about June 27, 2025, modified, by reducing plaintiff's recovery to the principal sum of $4,725.25, as modified, judgment affirmed, without costs.
The trial court achieved "substantial justice" consistent with substantive law principles (see CCA §§ 1804, 1807; see also Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]) in resolving the liability aspects of this small claims action in plaintiff's favor. A fair interpretation of the evidence supports the finding that defendant-landlord breached the warranty of habitability due to the presence of bedbugs in plaintiff-tenant's apartment over a nearly five-month period of time, a condition serious enough to warrant two separate violations to be issued by the Department of Housing Preservation and Development (see Park W. Mgt. Corp. v Mitchell, 47 NY2d 316, 329 [1979]). Although defendant responded promptly, it ultimately took five months to abate the condition.
However, the record and the ends of "substantial justice" (CCA 1807) support a damage award of no greater than $4,725.25, an amount consistent with a 50% rent abatement (see Andrew Scherer & Hon. Fern Fisher Residential Landlord Tenant L. in NY § 12:109 [October 2025 update]; Assoc. v CW, 24 Misc 3d 1225[A], 2009 NY Slip Op 51617[U] [Civil Ct, Bronx County 2009][50% abatement for severe bedbug infestation where landlord responded promptly but ultimately failed to remedy the situation]; Ludlow Props., LLC v Young, 4 Misc 3d 515, 520 [Civil Court, NY County 2004 [45% rent abatement from bedbugs]), since, among other things, plaintiff remained in possession at all times. 
We have considered defendant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 15, 2025